STATE OF NEW JERSEY, COMPLAINANT-RESPONDENT, v. ONEIDA MOTOR FREIGHT, INC., DEFENDANT-APPELLANT.

STATE OF NEW JERSEY, COMPLAINANT-RESPONDENT, v. WILLIAM H. MERRITT, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued November 16, 1953—Decided November 23, 1953.

Before Judges EASTWOOD, JAYNE and FRANCIS.

*Mr. Frank J. Gimino,* Assistant County Prosecutor, argued the cause for the complainant-respondent (*Mr. Frederick T. Law,* County Prosecutor, attorney).

*Mr. Reuben P. Goldstein* argued the cause for the defendants-appellants.

PER CURIAM. The judgment under review is affirmed for the reasons expressed in the opinion of Judge Tenenbaum reported in 27 *N. J. Super.* 125 (*Cty. Ct.* 1953).